*582 KAREN NELSON MOORE, Circuit Judge,
concurring in part and dissenting in part.
Because I believe Lisa Mills (“Mills”) has established material questions of fact with respect to her claim against Ray Campbell (“Campbell”) for the invasion of her right to bodily privacy, I would reverse the district court’s grant of summary judgment and remand this claim for trial. According to Mills, Campbell stood in an open doorway and “lookfed] at [her] for as long as [the search took].” J.A. at 543 (Dep. of Lisa Mills). Mills also testified that Campbell “stopped and stared” at her. J.A. at 556. Whether or not Campbell came across Mills accidentally, Mills’s testimony that Campbell watched her for the duration of the search, and that he stopped and stared at her rather than averting his eyes, raises in my view a factual issue as to whether his behavior was the sort of invasion of bodily privacy that would violate the Fourth or the Fourteenth Amendment. I therefore respectfully dissent with respect to this claim; I concur in the majority’s opinion regarding the other claims.